# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

Receipt   244833

Trans     152819

Received From:   **AURELIS WARREN**

Case Number:

Reference Number:   CV 02-140 *Dae*

| | | |
|---|---|---|
| | Check | 34.15 |
| | Total | 34.15 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 34.15 |
| | | Total | 34.15 |
| | | Tend | 34.15 |
| | | Due | 0.00 |

09/09/2008 02:32:26 PM          Deputy Clerk:  verna/VC